PARVIZ NOGHREY, Appellant, v TOWN OF BROOKHAVEN et al., Respondents.

Submitted September 25, 2006; decided November 21, 2006

Motion for leave to appeal from the 2005 Appellate Division order dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.

In the Matter of PAUL PALMIERI, Appellant, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Respondents.

Submitted September 5, 2006; decided November 21, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TAYLOR, Appellant.

Submitted November 13, 2006; decided November 21, 2006

Motion by Criminal Justice Legal Foundation for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TAYLOR, Appellant.

Submitted November 13, 2006; decided November 21, 2006

Motion by NAACP Legal Defense Fund et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

CHAHEE PICKARD, Appellant-Respondent, v TODD S. PICKARD, Respondent-Appellant.

Submitted October 2, 2006; decided November 21, 2006